UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE JONES, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MICRON TECHNOLOGY INC., et al.,<br><br>　　　　Defendants. | Case No. 18-cv-02518-JSW<br><br>**ORDER REGARDING OMNIBUS STATUS CONFERENCE** |
| JOHN TREANOR,<br><br>Plaintiff,<br><br>v.<br><br><br>MICRON TECHNOLOGY INC., et al.,<br><br>Defendants. | Case No. 18-cv-03805-JSW |
| ONSHORE NETWORKS OF ILLINOIS, L.L.C,<br><br>Plaintiff,<br><br>v.<br><br><br>MICRON TECHNOLOGY INC., et al.,<br><br>Defendants. | Case No. 18-cv-03905-JSW |
| ROBERT BINZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br><br>MICRON TECHNOLOGY, INC., et al.,<br><br>Defendants. | Case No. 18-cv-04090-JSW |

| | | |
|---|---|---|
|1| STUART BRYANT, | Case No. 18-cv-04599-JSW |
|2| Plaintiff, | |
|3| v. | |
|4| | |
|5| MICRON TECHNOLOGY, INC., et al., | |
|6| Defendants. | |

Currently before the Court are the five captioned cases. The Court has issued orders relating four of these cases (*Treanor v. Micron Techn. et al.*, No. 18-cv-3805; *Onshore Networks of Illinois, LLC v. Micron Techn., et. al.*, No. 18-cv-3905; *Binz et al. v. Micron Techn., et al.*, No. 18-cv-4090; and *Bryant v. Micron Techn.*, No. 18-cv-4599) to the lowest numbered case, *Jones et al. v. Micron Techn.*, No. 18-cv-2518.

In *Jones*, there are five pending motions: dueling motions to appoint lead counsel, two motions to dismiss, and a request for judicial notice. The motions to appoint lead counsel are currently set for hearing on September 7, 2018 and September 14, 2018. The motions to dismiss and request for judicial notice are currently set for hearing on October 12, 2018.

There are no pending motions in *Treanor*, *Onshore Networks of Illinois*, *Binz*, or *Bryant*.

*Jones*, *Treanor*, *Onshore Networks of Illinois*, and *Binz* are currently set for initial case management conferences on October 12, 2018.

The Court HEREBY VACATES the hearing dates for the motions to appoint lead counsel (September 7, 2018, and September 14, 2018) AND the hearing dates for the motions to dismiss and request for judicial notice (October 12, 2018) AND SUSPENDS the briefing schedule on the docket for oppositions and replies to these motions and the request.

The Court HEREBY SETS an omnibus status conference for all five cases for September 14, 2018. Prior to the September 14, 2018 status conference, the parties in all five cases shall meet and confer regarding the issues described below and be prepared to discuss the same at the conference:

(i) whether a consolidated amended complaint governing all five actions (or a discrete

subset) is appropriate;

(ii) whether the parties agree that the lead plaintiff and lead counsel should be determined before this Court rules on motions to dismiss and companion requests;

(iii) whether the cases and the parties should follow similar discovery and pre-trial timelines; and

(iv) any other logistical issues germane to case management the parties contend will be helpful to resolve at this stage.

The parties shall submit a joint statement to the Court outlining their positions on the issues identified above no later than September 7, 2018.

Following the September 14, 2018 status conference, the Court will issue an order addressing, as necessary, the setting of initial case management conference(s), briefing deadlines, and hearing dates.

**IT IS SO ORDERED**.

Dated: August 10, 2018

_____
JEFFREY S. WHITE
United States District Judge